Martin J. MURPHY, Plaintiff, Appellant,

v.

A/S SOBRAL et al., Defendants, Appellees.

No. 5688.

United States Court of Appeals First Circuit.

Oct. 28, 1960.

Nathan Greenberg, Boston, Mass., for appellant.

Leo F. Glynn, Boston, Mass., for A/S Sobral, Inc., appellee.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed on the opinion of Judge Ford. 182 F.Supp. 636.

O. Davis, Jr., Tampa, Fla., of counsel, for appellant.